# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0265
LT Case No. 2022-CF-012388-A

———————————————

ARCEFUS REYNOLD DOWNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison Radtke,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General and Darcy Townsend, Assistant
Attorney General, Tallahassee, for Appellee.

November 19, 2024

PER CURIAM.

AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th
DCA 2024); *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023).

WALLIS, LAMBERT, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————